# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2015

151274 & (18)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SHEAN SATGUNAM, M.D.,
        Plaintiff-Appellant,

v

SC: 151274
COA: 323798
Ingham CC: 12-001194-NM

HACKNEY, GROVER, HOOVER & BEAN,
        Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 10, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2015



Clerk

p0407